# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV01507-WRW |
| | : | 4:08CV02542-WRW |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **BETTY GENTRY and CLARK GENTRY** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC.** | : | DEFENDANT |

## ORDER

Pending is Defendant's Motion to Dismiss a Duplicate Case (Doc. No. 10). Plaintiffs have not responded and the time for doing so has passed.

Accordingly, Defendant's Motion to Dismiss a Duplicate Case is GRANTED and this case is DISMISSED. Plaintiffs may continue to pursue their claims in *Gentry v. Wyeth, et al.*, 4:08-CV-01247-WRW.

IT IS SO ORDERED, this 5th day of November, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE